**Order filed October 26, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00282-CR

_____

## EZEQUIEL ALVAREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 26240A**

## O R D E R

Ezequiel Alvarez was represented by retained counsel, Sam Mehaffey, at trial. Alvarez filed a pro se notice of appeal and has also filed a request for the appointment of counsel. Alvarez asserts that he cannot afford an attorney. We abate this appeal.

We remand the cause to the trial court so that it may determine the following:

1.  Whether Alvarez desires to prosecute his appeal;

2.  Whether Alvarez is indigent;

3. If not indigent, whether Alvarez has retained counsel for this appeal; and

4. If indigent, whether Alvarez desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, Alvarez competently and intelligently chooses to exercise the right to represent himself.

If it is determined that Alvarez is indigent and desires to have counsel appointed, the trial court is directed to appoint counsel for this appeal. If it is determined that Alvarez is indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether Alvarez's decision to proceed without counsel is knowingly and intelligently made. *See Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780, 783–86 (Tex. Crim. App. 1976).

We note that Alvarez need not appear in person at the hearing and that the trial court may permit him to appear via telephone. The trial court is directed to enter findings of fact and conclusions of law, if necessary, and to make any appropriate recommendations to this court.

The clerk of the trial court is directed to prepare and forward to this court a clerk's record containing any findings, recommendations, or orders of the trial court. If a hearing is held, the court reporter is directed to prepare and forward to this court the reporter's record from the hearing. The records are due to be filed in this court on or before November 27, 2017.

The appeal is abated.


October 26, 2017                                                  PER CURIAM

Do not publish. *See* Tex. R. App. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2